In the Matter of the Application of EDITH E. ARMITAGE, Appellant, for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF AUBURN, Respondent.

*Schools — Auburn (city of) — mandamus to compel board of education to fix salary of teacher at certain amount denied.*

*Matter of Armitage* v. *Bd. of Education, Auburn,* 210 App. Div. 812, affirmed.

(Argued January 21, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1924, which affirmed an

order of Special Term denying a motion for a peremptory order of mandamus to compel the board of education of the city of Auburn to fix the annual salary of petitioner as a public school teacher at the sum of $1,600 for the school year.

*Edward L. Robertson* for appellant.

*Frank B. Gilbert* for Department of Education.

*William S. Elder* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.  Absent: MCLAUGHLIN, J.